**Electronically Filed
Intermediate Court of Appeals
29605
02-DEC-2011
02:52 PM**

NO. 29605

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
CURTIS RAY BROOKS, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR NO. 07-1-0394)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion, filed on October 21, 2011, is hereby corrected as follows:

1.    On page 4, in the twenty-fifth line, the word "to" should be inserted between the words "Prior" and "January" so that as corrected, the text reads: "Prior to January 13, 2007, . . . ."

2.    On page 6, in the twentieth line, the word "was" should be replaced with "were" so that as corrected, the text reads: ". . . he thought there were drugs and more money . . . ."

3.    On page 18, in the thirty-first line, the word "jurisdiction" should be changed to "jurisdictions" so that as corrected, the text reads: ". . . cases from other jurisdictions, . . . ."

_____

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 2, 2011.


FOR THE COURT:

*Craig H. Nakamura*

Chief Judge